# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| AARON MANDOUR, | ) | CASE No.: 1:13CV1222 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD, JR. |
| | ) | Magistrate Judge George J. Limbert |
| v. | ) | |
| | ) | |
| NEWMAN TECHNOLOGY, INC., | ) | **REPORT AND RECOMMENDATION** |
| et al., | ) | **OF MAGISTRATE JUDGE** |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the notice of stipulation of voluntary dismissal filed on behalf of all parties to this action on June 4, 2014. ECF Dkt. #37. At a status conference on April 23, 2014, the undersigned conducted settlement negotiations, which ultimately lead to the settlement of Plaintiff's sole claim, brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §§201-219. See Minutes of Proceedings dated April 23, 2014. The terms of the confidential settlement agreement were spread on the record.

On June 4, 2014, the joint notice of voluntary dismissal was filed. The undersigned contacted counsel via electronic mail to remind them that any settlement of an action brought pursuant to the Act requires Court approval. See 29 U.S.C. §216(b). Counsel for both parties asserted that the undersigned's involvement in the settlement negotiations, as well as the undersigned's participation in the hearing in which the settlement terms were spread on the record, were sufficient to fulfill the requirement in §216(b).

Accordingly, the undersigned recommends that the Court approve the joint notice of stipulation of voluntary dismissal. ECF Dkt. #37.

IT IS SO ORDERED.

DATE: June 5, 2014

                                     /s/  *George J. Limbert*
                                     GEORGE J. LIMBERT
                                     UNITED STATES MAGISTRATE JUDGE

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of service of this notice.  Fed. R. Civ. P. 72; L.R. 72.3.  Failure to file objections within the specified time WAIVES the right to appeal the Magistrate Judge's recommendation.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).