DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Aaron Mandour, ) | |
| ) | CASE NO. 1:13 CV 1222 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Newman Technology, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Court's order, counsel in this case filed a sealed motion requesting that the Court approve the parties' agreement to settle plaintiff's claims brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.  ECF 40.  The memorandum in support of the motion to approve the settlement agreement makes the conclusory statement that the settlement agreement is fair and reasonable, with no explanation of the underlying details and facts that would support such a conclusion.

Accordingly, counsel shall supplement the memorandum filed in support of their motion with a detailed explanation of the underlying facts and the bases for their conclusion that the settlement is fair and reasonable, both with respect to the portion of the settlement to be received by plaintiff and the portion for attorney fees, in order that the Court may reach its own conclusion as to whether the settlement is fair and reasonable.  The supplemental memorandum shall be filed under seal no later than June 25, 2014.

IT IS SO ORDERED.

  June 18, 2013                         *S/ David D. Dowd, Jr.*
Date                                             David D. Dowd, Jr.
                                                      U.S. District Judge